UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STUART RYAN, LLC | : | |
| | : | Civil . 07- 881(SDW) |
| Plaintiff(s) | : | |
| | : | |
| v | : | |
| | : | |
| | : | **ORDER DISMISSING** |
| UNIFIEDNAMES, INC. et al | : | Pursuant to L. Civil Rule 41.1 |
| Defendant(s) | | |

It appearing to the Court that the above case has been pending for more than four months without any proceedings having been taken therein, and no objection having been entered at a call of the calendar.

It is on the 28th. day of SEPTEMBER, 2007

ORDERED that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

/s/ SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE